IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY /BB D.C.

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | 05 SEP -1 PM 5: 13 |
| | * | |
| vs. | * | CR. NO. 02-20058-09-D |
| | * | THOMAS M. GOULD |
| **HENRY PURDUE** | * | CLERK, U.S. DISTRICT COURT |
| | | W/D OF TN, MEMPHIS |

## ORDER HOLDING DEFENDANT FOR FINAL REVOCATION HEARING

On September 1, 2005, *Henry Purdue* appeared before me on a charge of violation of the terms and conditions of his probation/supervised release in this matter. The defendant was advised of his rights under Rules 5 and 32.1(a)(1), Federal Rules of Criminal Procedure.

At this hearing, the defendant was released on bond and, therefore, a preliminary hearing on the violation was not required. See United States v. Sciuto, 531 F.2d 842, 846 (7th Cir. 1976) and United States v. Tucker, 524 F.2d 77, 78 (5th Cir. 1975), cert. denied, 424 U.S. 966, 96 S.Ct. 1462, 47 L.Ed.2d 733 (1976).

Accordingly, defendant, *Henry Purdue* is held to a final revocation hearing before U.S. District Judge *Bernice B. Donald* and in accordance with the provisions of Rule 32.1(a)(2), Federal Rules of Criminal procedure.

IT IS SO ORDERED.

ENTERED this 1st day of Septeember, 2005.

Diane K. Vescovo
UNITED STATES MAGISTRATE JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 9-8-05

613

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 613 in case 2:02-CR-20058 was distributed by fax, mail, or direct printing on September 8, 2005 to the parties listed.

---

Tracy Lynn Berry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

PDA
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT