# UNITED STATES DISTRICT COURT
## Western District of Tennessee

FILED BY _____ D.C.

05 OCT 18 AM 6:47

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA
    Plaintiff,

VS.

Case Number 2:02CR20058-09

HENRY PURDUE
    Defendant.

## JUDGMENT AND COMMITMENT ORDER
## ON SUPERVISED RELEASE VIOLATION
(For Offenses Committed On or After November 1, 1987)

The defendant, Henry Purdue, was represented by Edwin Perry, Esq.

It appearing that the defendant, who was convicted on November 18, 2002 in the above styled cause and was placed on Supervised Release for a period of three (3) years, has violated the terms of Supervised Release.

It is hereby ORDERED and ADJUDGED that the Supervised Release of the defendant be revoked and that the defendant be committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of eight (8) months.

FURTHERMORE, the Court hereby vacates the previously imposed period of Supervised Release.

The Court recommends that the defendant be incarcerated at a facility as close to Memphis, TN as possible.

All restitution and other monetary penalties stand as previously imposed.

The defendant is allowed to remain released on present bond.

The defendant shall report to the United States Marshal's Office, 167 N. Main Street, 10th Floor, Memphis, TN 38103 prior to 5:00 P.M. on Monday, October 24, 2005 to begin serving his sentence.

Signed this the _17th_ day of October, 2005.

BERNICE B. DONALD
UNITED STATES DISTRICT JUDGE

Defendant's SS No.: 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
Defendant's Date of Birth: 06/22/1973
U.S. Marshal No.: 18124-076
Defendant's Mailing Address: 1338 Walnut Hall Court, No.12, Memphis, TN 38119

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on _10-18-05_

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 622 in case 2:02-CR-20058 was distributed by fax, mail, or direct printing on October 18, 2005 to the parties listed.

---

Tracy Lynn Berry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Edwin A. Perry
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT