**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

FILED BY _____ D.C.

05 NOV 15 PM 2:08

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA,

     Plaintiff,

vs.

                                 Case No._____02-20058_____

HENRY PERDUE _____,

     Defendant.

---

## ORDER REFUNDING CASH APPEARANCE BOND

     This matter comes before the Court on a motion for refund of the cash appearance bond.

It now appears that the defendant has complied with the requirements of said bond and orders of

this Court.

     IT IS THEREFORE **ORDERED** that the appearance bond for this defendant be canceled

and discharged; and, the Clerk is directed to issue a check on the Registry in the sum of $ 100 ,

payable to ___Yvonne Perdue_____ at ____1063 Bradley_____
                           (Name)                       (Address)

 in full refund of the cash appearance bond posted herein.

United States District Judge

Approved.
Thomas M. Gould, Clerk of Court

BY: _____
    Deputy Clerk

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _____

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 624 in case 2:02-CR-20058 was distributed by fax, mail, or direct printing on November 16, 2005 to the parties listed.

---

Edwin A. Perry
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Financial Unit
FINANCIAL UNIT
167 N. Main St.
Ste. 242
Memphis, TN 38103

Tracy Lynn Berry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Linda Kendall Garner
LAW OFFICE OF LINDA KENDALL GARNER
217 Exchange Ave.
Memphis, TN 38105

Honorable Bernice Donald
US DISTRICT COURT